

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: APPLICATION FOR SEARCH WARRANT | CASE NO. 15-SW-344 SAB <br><br> **UNDER SEAL** <br><br> ORDER UNSEALING SEARCH WARRANT APPLICATION AND SEARCH WARRANT |

The United States having applied to this Court for a search warrant in the above-captioned proceedings under seal to prevent the destruction of evidence and flight of the targets of the investigation, and sealing no longer being necessary as the search warrant(s) have now been executed and the targets arrested,

IT IS ORDERED, that the search warrants and affidavit in the above-entitled matter shall be unsealed.

Dated: December 1, 2015

HONORABLE STANLEY A. BOONE
UNITED STATES MAGISTRATE JUDGE

Order Unsealing Search Warrant and Application

1